**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**ZEMIN LIN, a.k.a. Ze Min Lin,
Defendant–Appellant.**

**No. 09–13584
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2010.

Zemin Lin, Atlanta, GA, pro se.

Tiffany Hope Eggers, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before EDMONDSON, CARNES and FAY, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Zemin Lin, has filed a motion to withdraw on appeal, supported by a brief pre-

pared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lin's conviction and sentence are **AFFIRMED.**